**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **DAVID LAVIN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO: 1:23-cv-00503-RP** |
| | § | |
| **SECTIGO, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT MOTION FOR CONTINUANCE AND**
**TO MODIFY AGREED SCHEDULING ORDER**

Pursuant to Local Rule CV-16, Plaintiff David Lavin ("Plaintiff") and Defendant Sectigo, Inc. ("Defendant") (collectively, the "Parties") in this case respectfully ask this Court to modify the current scheduling order and in support respectfully show as follows:

1.    On May 5, 2023, Plaintiff filed the above action. (ECF No. 1). Following the Parties' conferral, the Court's order dated October 30, 2023 (ECF No. 11) established the following schedule to govern the applicable deadlines:

| | |
|---|---|
| Alternative dispute resolution report re: Local Rule CV-88 | June 21, 2024 |
| Parties asserting relief submit written offer of settlement | June 21, 2024 |
| Opposing party's response to written offers of settlement | June 28, 2024 |
| Deadine to complete discovery | June 14, 2024 |
| Deadline to file dispositive motions | July 12, 2024 |
| Date of non-jury trial setting | November 12, 2024 |

2.    From the outset, the Parties have diligently worked this case by propounding written discovery and engaging in a thorough document production exercise. The Parties are likewise working through issues so they can adequately prepare for and take the necessary

depositions. Each of the parties, however, have faced health-related issues that have required additional time.

3.     As discovery has evolved, the Parties have also each determined it made most sense from legal, practical, and judicial efficiency ground to accelerate the mediation timeline for a resolution of their issues. For these reasons, good cause exists for the Court to modify select dates in the uniform scheduling order by 60 days.

4.     This motion is not presented for purposes of delay, but rather so justice may best be served.

5.     Based on the foregoing, the Parties respectfully request this Court modify the uniform scheduling order in this case as follows:

| | |
|---|---|
| Alternative dispute resolution report re: Local Rule CV-88 | August 20, 2024 |
| Parties asserting relief submit written offer of settlement | August 20, 2024 |
| Opposing party's response to written offers of settlement | August 27, 2024 |
| Deadine to complete discovery | August 13, 2024 |
| Deadline to file dispositive motions | September 10, 2024 |
| Date of non-jury trial setting | January 11, 2025 |

6.     A copy of the proposed order extending these deadlines is attached hereto.  The Parties request the Court modify all remaining dates in the uniform scheduling order according to Federal Rules of Civil Procedure accounting for the changed trial date, although the parties reserve their right to request a further continuance of those dates in the future if necessary.

**JOINT MOTION FOR CONTINUANCE AND TO MODIFY SCHEDULING ORDER**

Dated: May 20, 2024

/s/ Mark D. Downey

**D LAW GROUP/MARK D DOWNEY
PLLC**
**Mark D. Downey**
State Bar No. 00793637
mdowney@dlawgroup.com
5308 Ashbrook
Houston, Texas 77081
214-764-7279
**ATTORNEYS FOR PLAINTIFF
DAVID LAVIN**

/s/ Artoush Varshosaz

**K&L GATES LLP**
**Artoush Varshosaz**
State Bar No. 24066234
artoush.varshosaz@klgates.com
**Brent D. Hockaday**
State Bar No. 24071295
brent.hockaday@klgates.com
1717 Main Street, Suite 2800
Dallas, Texas 75201
214-939-5500
214-939-5849 (fax)

**Gregory T. Lewis**
State Bar No. 24126111
greg.lewis@klgates.com
K&L Gates LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
512-482-6800
512-482-6859 (fax)
**ATTORNEYS FOR DEFENDANT
SECTIGO, INC.**


## CERTIFICATE OF CONFERENCE

I hereby certify that a reasonable effort has been made to resolve the matters presented in this Joint Motion for Continuance and to Modify Scheduling Order without the necessity of Court intervention.  All parties agree with the relief requested in this Motion and therefore, the Motion is being filed jointly.


/s/ Gregory T. Lewis

Gregory T. Lewis

**JOINT MOTION FOR CONTINUANCE AND TO MODIFY SCHEDULING
ORDER**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served via electronic mail to all counsel of record for this case on the 20th day of May 2024.

By:    */s/ Gregory T. Lewis* _____

**JOINT MOTION FOR CONTINUANCE AND TO MODIFY SCHEDULING ORDER**