UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DAVID LAVIN,** *Plaintiff* | § § § |
| v. | §  No. 1:23-CV-00503-RP |
| | § |
| **SECTIGO, INC.,** *Defendant* | § § § |

# ORDER

Defendant Sectigo, Inc. moves to compel Plaintiff to respond to two requests for production seeking authorizations for the release of employment records (RFP 29) and medical and mental-health records (RFP 30). Dkt. 17. The District Judge referred the motion to the undersigned for resolution. The Court set the matter for hearing, and after considering the parties' filings, the record as a whole, the applicable law, and counsel's arguments at the hearing, the Court announced its ruling, and the reasons for that ruling, on the record. This written order memorializes that oral ruling.

For the reasons stated on the record, the Court **GRANTS** Defendant's motion, Dkt. 17, and **ORDERS** that Plaintiff provide Defendant with the authorization requested in RFP 30[1] no later than 5:00 p.m., October 11, 2024.

---

[1] Plaintiff provided the authorizations sought in RFP 29 prior to the hearing.

SIGNED October 8, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE